**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAREN PAPADOPOULOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case: 1:23-cv-05936 |
| v. | ) |
| | ) |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION, | ) |
| | ) |
| Defendant, | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated between Plaintiff, Karen Papadopoulos, and Defendant, Advocate Health and Hospitals Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or her own attorney's fees, costs and expenses.

Dated this 14th day of June, 2024.

AGREED TO BY:

| KAREN PAPADOPOULOS | ADVOCATE HEALTH AND HOSPITALS CORPORATION |
|---|---|
| **/s/** *Chad W. Eisenback* | **/s/** *Heather A. Bailey*  (with consent) |
| Nathan C. Volheim, Esq. | John R. Hayes, Esq. |
| Chad W. Eisenback, Esq. | Heather A. Bailey, Esq. |
| Sulaiman Law Group, Ltd. | Amundsen Davis, LLC |
| 2500 S. Highland Avenue, Suite 200 | 150 N. Michigan Avenue, Suite 3300 |
| Lombard, IL 60148 | Chicago, IL 60606 |
| Phone (630) 575-8181 | Phone: 312-894-3266 |
| nvolheim@sulaimanlaw.com | hbailey@amundsendavislaw.com |
| ceisenback@sulaimanlaw.com | jhayes@amundsendavislaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |